IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TELVIN RASHAD WILLIS**                                                                          **PLAINTIFF**

v.                                              NO: 4:22-CV-00633-LPR

**PHILLIP GREEN, Lincoln
County Judge, et al.**                                                                          **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal of this Judgment or the underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 8th day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).